# United States District Court
## Violation Notice

| CVB Location Code |
|---|
| A51 |

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FARK00AF | Whitehair | 1692 |

FARK00AF

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 07/04/2022 16:25 | FED 36 CFR 261.5D |

Place of Offense
FS RD 700

Offense Description: Factual Basis for Charge    HAZMAT ☐
LEAVING A FIRE WITHOUT COMPLETELY EXTINGUISHING IT.

### DEFENDANT INFORMATION
Phone:

| Last Name | First Name | M.I |
|---|---|---|
| WEATHINGTON | JOSEPH | R |

Street Address
: 1

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| FLAGSTAFF | AZ | 86004 | /1968 |

| Drivers License No. | CDL | D.L. State | Social Security No. |
|---|---|---|---|
|  | ☐ | AZ | 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 |

[X] Adult  [ ] Juvenile   Sex [X] M  [ ] F   Race   Hair   Eyes   Height   Weight

### VEHICLE   VIN:                                           CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
|  |  |  | / |  ☐ |  |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

B [X] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

| | | |
|---|---|---|
|  | $ 250.00 | Forfeiture Amount |
|  | $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | $ 280.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 123 N. San Francisco St. Flagstaff, AZ 86001 | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

22-04377-MJ-01-PCT-CDB

FARK00AF

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ___07/04/2022___ while exercising my duties as a law enforcement officer in the _____ District of ___AZ___

Pursuant to 16USC 551: I was requested to respond the Schoolhouse fire located off Forest Service (FS) road 700 on the Flagstaff Ranger District, Coconino National Forest (NF). The Schoolhouse fire was determined to have started from an escaped campfire that was not completely extinguished and a unoccupied dispersed campsite was located next to the fire by Coconino County Sheriff Office (CCSO) deputy SMITH. SMITH did locate court paperwork in the campsite for a JOSEPH RONNIE WEATHINGTON. I recognized WEATHINGTON's name from a June 26, 2021, contact in the Lower Lake Mary area which resulted in arrest of WEATHINGTON for violating a fire closure and residing on National Forest. While I was still in the area, WEATHINGTON returned to the campsite. WEATHINGTON stated the campsite belonged to him when asked. WEATHINGTON stated he had a campfire this morning to make coffee when asked if he was using a campfire. WEATHINGTON also claimed a small pot that was found next to the campfire ring. WEATHINGTON stated he used the pot to heat water for his coffee this morning and then left the area for the afternoon. I advised WEATHINGTON that the Schoolhouse fire was determined to have been caused by his escaped campfire. For failing to completely extinguish his campfire and causing the Schoolhouse wildland fire, I issued a violation notice to JOSEPH RONNIE WEATHINGTO for 36 CFR 261.5D, leaving a fire without completely extinguishing it.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ___07/04/2022___   _____
Date (mm/dd/yyyy)   Officer's Signature

☑ Probable cause has been stated for the issuance of a warrant.

Executed on: ___9/12/22___   _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident