GARY M. RESTAINO
United States Attorney
District of Arizona

PAUL V. STEARNS
Assistant U.S. Attorney
Arizona Bar No. 029528
123 N. San Francisco, Suite 410
Flagstaff, Arizona 86001
Telephone: (928) 556-0833
Facsimile: (928) 556-0759
paul.stearns@usdoj.gov
*Attorneys for the Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. 22-04377-MJ-01-PCT-CDB |
| Plaintiff, | |
| v. | **UNITED STATES' REQUEST FOR FINDINGS OF FACT PURSUANT TO RULE 23(c)** |
| Joseph Ronnie Weathington, | |
| Defendant. | |

The United States of America, by and through its undersigned counsel, pursuant to Fed. R. Crim. P. 23(c), respectfully requests that at the conclusion of trial the Court state its specific findings of fact in open court or in a written decision or opinion.

Respectfully submitted this 30th day of June, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Paul V. Stearns*
PAUL V. STEARNS
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 30, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:

Henry Whitmer, Esq.
*Attorney for the Defendant*

*/s Melanie McGeary*
U.S. Attorney's Office